# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN CHRISTOPHER CRAIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80205

FILED

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying "defendant's petition for a hearing to establish factual innocence, per Nevada Assembly Bill 356." Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Stefany Miley, District Judge
Steven Christopher Crain
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

20-04772